IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWVEZ NELSON,
a/k/a SHAVEZ HOLDEN

:
:
: CIVIL ACTION
v. :
: NO. 10-4691
MICHAEL OVERMYER, ET AL. :

**ORDER**

**AND NOW**, this 19th day of November, 2018, upon consideration of Petitioner Shawvez Nelson's *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (ECF No. 1), the Report and Recommendations of Magistrate Judge Wells recommending denial of the Petition (R&R, ECF No. 15), and Petitioner's *pro se* Objections (ECF No. 17) and Supplemental Objections (ECF Nos. 18, 21) to the R&R, it is **ORDERED** as follows:

1. The R&R is **APPROVED** and **ADOPTED** as modified in the Memorandum filed concurrently herewith;

2. Petitioner's Objections are **OVERRULED**, and the Petition for Writ of Habeas Corpus is **DENIED** without an evidentiary hearing; and

3. A Certificate of Appealability will not issue.

**IT IS FURTHER ORDERED** that the caption of this matter shall be amended to name Michael Overmyer, Superintendent of State Correctional Institution at Forest, as the primary respondent.

**IT IS SO ORDERED**.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.